# In the United States Court of Federal Claims

**07-237 C**

**Filed: April 16, 2007**

**CIRCLE LINE - STATUE OF LIBERTY FERRY , INC.**

**v.**

**THE UNITED STATES**

**APPENDIX OF EXHIBITS**
**(In Support of Verified Complaint for Injuctive and Declaratory Relief)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.