ORIGINAL

**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

BID PROTEST

| | | |
|---|---|---|
| CIRCLE LINE – STATUE OF LIBERTY FERRY, INC. | ) | Case No. 07-237 C |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | Judge ____________ |
| Defendant. | ) | |

**DISCLOSURE STATEMENT**

Plaintiff, Circle Line–Statute of Liberty Ferry, Inc., pursuant to Rule 7.1(a) of the Rules of United States Court of Federal Claims, hereby notifies the Court that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Robert R. Gasaway
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorney for plaintiff*
*Circle Line–Statue of Liberty Ferry, Inc.*

Date: April 16, 2007