ORIGINAL

FILED
APR 16 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| CIRCLE LINE–STATUE OF LIBERTY FERRY, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Case No. 07-237 C<br>Judge ______ |

# MOTION FOR ENTRY OF A TEMPORARY PROTECTIVE ORDER, FOR LEAVE TO FILE ELECTRONIC DOCUMENTS UNDER SEAL, AND FOR LEAVE TO FILE CIRCLE LINE'S APPENDIX OF EXHIBITS UNDER SEAL

Plaintiff, Circle Line-Statute of Liberty Ferry, Inc. ("Circle Line"), hereby moves (i) for entry of a temporary protective order; (ii) for leave to file electronic documents under seal; and (iii) for leave to file under seal certain items contained in the Appendix of Exhibits in Support of Verified Complaint for Injunctive and Declaratory Relief; Application for Temporary Restraining Order and Motion for Preliminary Injunction; and Memorandum in Support.

In support of this motion, Circle Line states as follows:

1. Circle Line has consulted with the United States regarding this motion. The motion is unopposed.

2. This is a bid protest action objecting to a solicitation issued by the National Park Service for ferry concession services to the Statue of Liberty National Monument and Ellis Island.

3. In submitting its Complaint and Memorandum supporting its Motion for a Temporary Restraining Order and Preliminary Injunction, Circle Line has included certain reports, correspondence, and other materials in its appendices that, among other things, deal with security planning and procedures involving the Statute of Liberty, Ellis Island, and the operation of the ferry concession service to those locations from New York and New Jersey.

4. The United States has told Circle Line that at least one of these documents contains confidential security information that the National Park Service believes should not be disclosed on the public record. Once the United States has the opportunity to review the other items included as Exhibits to Circle Line's Complaint, the United States may conclude that there are other items that warrant confidential treatment.

5. Accordingly, Circle Line moves to file these appendices under seal until there is an opportunity for further consultation with the United States to decide which of the documents included in the Appendix of Exhibits should remain under seal.

6. Circle Line has separately moved for entry of a temporary 4-day Protective Order governing this information until the parties are able to confer and make designations as to what is and is not confidential and, if necessary, propose a permanent Protective Order. Circle Line has notified the Defendant of its intention to file this Motion for a Protective Order by complying with the pre-filing notification requirement of Appendix C of the Rules of the United States Court of Federal Claims on April 13, 2007.

7. Circle Line and the United States contemplate the need to file documents under seal electronically.

8. Defendant has full access to the information in question.

Respectfully submitted,

Robert R. Gasaway
*Counsel of Record*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

OF COUNSEL:

Robert R. Ryland
Jeffrey B. Clark
Ashley C. Parrish
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

OF COUNSEL:

Raymond G. McGuire
KAUFF MCCLAIN & MCGUIRE LLP
950 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 644-1010
Facsimile: (212) 644-1936

OF COUNSEL:

Edward J. Boyle
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Facsimile: (212) 490-3038

*Attorneys for Circle Line–Statue of Liberty Ferry, Inc.*

April 16, 2007

FILED
APR 1 6 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| CIRCLE LINE–STATUE OF LIBERTY FERRY, INC., Plaintiff, | Case No. 07-237 C |
| v. | Judge ______ |
| UNITED STATES OF AMERICA, Defendant. | |

## [PROPOSED] TEMPORARY PROTECTIVE ORDER

The Court has determined that certain documents included in the Appendix of Exhibits filed by plaintiff Circle Line – Statue of Liberty Ferry, Inc. in support of its Verified Complaint for Injunctive and Declaratory Relief; Application for Temporary Restraining Order and Motion for Preliminary Injunction; and Memorandum in Support may contain confidential or otherwise sensitive, protectable information. In particular, the Court understands that Circle Line has conferred with the Defendant and that Defendant believes that at least one of the Exhibits contains confidential security information that should not be included on the public record in order to protect park visitors.

Accordingly, to allow the parties an opportunity to confer, make confidentiality designations, and propose an appropriate permanent protective order (if necessary), it is ordered that all of the materials included in Circle Line's Appendix of Exhibits shall be subject to protection and shall remain under seal for four (4) days, or until the Court rules on any

permanent protective order and designations presented to this Court within four (4) days, whichever comes later.

It is so ORDERED.

______________________
Judge
U.S. Court of Federal Claims