# In the United States Court of Federal Claims

No. 07-237C
Filed: April 17, 2007

| | |
|---|---|
| CIRCLE LINE—STATUE OF LIBERTY FERRY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION FOR A
TEMPORARY PROTECTIVE ORDER

and

AUTHORIZING ELECTRONIC FILING
OF SEALED DOCUMENTS

---

Based upon a review of the parties' April 16, 2007, motion for entry of a temporary protective order, for leave to file electronic documents under seal, and for leave to file plaintiff's appendix of exhibits under seal, the court hereby ORDERS:

1. In an effort to allow the parties an opportunity to confer, make confidentiality designations, and propose an appropriate permanent protective order, if necessary, all materials included in plaintiff's appendix of exhibits, filed along with its complaint on April 16, 2007, shall be subject to protection and shall remain under seal until the court rules on any permanent protective order and designations presented to the court.

2. Pursuant to General Order 42A, the parties are authorized to file sealed documents electronically.

s/John P. Wiese
John P. Wiese
Judge