# In the United States Court of Federal Claims

No. 07-237C
Filed: April 17, 2007

| | |
|---|---|
| CIRCLE LINE—STATUE OF LIBERTY FERRY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING BRIEFING SCHEDULE

As discussed during the telephone conference held this date, the parties shall adhere to the following briefing schedule:

1. No later than noon on April 23, 2007, defendant shall file its response brief and supply chambers with a courtesy copy of the brief in paper form in accordance with RCFC 5.3.

2. On or before April 24, 2007, plaintiff shall file its reply brief and supply chambers with a courtesy copy of the brief in paper form in accordance with RCFC 5.3.

3. Oral argument will be held at 2:30 p.m. on Thursday, April 26, 2007, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/John P. Wiese
John P. Wiese
Judge