IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CIRCLE LINE –STATUE OF LIBERTY FERRY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-237C (Judge Wiese) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, Defendant respectfully requests that this Court enter a protective order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order and grant Plaintiff's counsel access to information subject to the order. Given the filing schedule established by the Court, the standard order has been modified to permit immediate access to Circle Line counsel upon completion of the Application. Based on several communications with counsel for Circle Line, Circle Line appears to oppose the relief requested in this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Deputy Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530

Attorneys for Defendant

April 20, 2007