KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

Robert R. Gasaway
To Call Writer Directly:
202 879-5175
rgasaway@kirkland.com

Facsimile:
(202) 879-5200

April 23, 2007

**VIA ELECTRONIC FILING**

The Honorable John P. Wiese
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Re: *Circle Line-Statue of Liberty Ferry, inc. v. United States* — Bid Protest

Dear Judge Wiese:

As you will see, we are filing today applications for access to information under protective order for the following Kirkland & Ellis LLP attorneys — myself, Robert R. Ryland, Jeffrey B. Clark, Ashley C. Parrish, Scott M. Abeles, Angela M. Butcher, and Edward H. Meyers. Given the fast track under which this case is proceeding, I would ask that you grant these applications as soon as convenient.

We have reviewed the Court's decision in *U.S. Steel Corp. v. United States*, 730 F.2d 1465, 1568 n.3 (Fed Cir. 1984) in completing these applications. That case refers to "counsel's advice and participation in any or all of client's decisions (pricing, product design, etc.) made in light of similar or corresponding information about a competitor." *Id.* (emphasis added). Up to this point, no Kirkland & Ellis LLP attorney has to my knowledge obtained access to any non-public information about any potential Circle Line "competitor" or used such information in advising Circle Line decisions. Indeed, because this case involves a pre-submission bid protest, the ultimate competitive decisions regarding the composition and submission of Circle Line's bid are yet to be made.

Out of an abundance of caution, however, we will be walling off two Kirkland & Ellis LLP attorneys from any access to confidential information that the Department of Justice will supply. These two attorneys are Martha Phillips and Donald Field. In light of the four-day overlap between our receipt of confidential information in this litigation and the potential submission of Circle Line's bid, we are creating this ethical wall to ensure that Circle Line's bid is not prepared in whole or it part based on the participation of anyone with knowledge of the confidential information that will be supplied in litigation. If other attorneys are subsequently added to this bid-facilitation team, we will promptly advise the Court and counsel for the government.

In the event this Court does not grant preliminary injunctive relief after oral argument on Thursday, Circle Line will submit its response to the Prospectus on Friday, April 27, using our firm's resources for the preparation and reproduction of documents and certain other limited tasks of a legal or quasi-legal nature. These tasks will be performed largely by non-lawyer assistants under the supervision of Ms. Phillips and Mr. Field.

Sincerely,

Robert R. Gasaway

Enclosures

cc: Gregg M. Schwind, Esq.