IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CIRCLE LINE – STATUE OF LIBERTY FERRY, INC., | ) | |
| Plaintiff, | ) | 07-237C |
| | ) | (Judge Wiese) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

<u>EMERGENCY MOTION TO SEAL DOCUMENT</u>

The undersigned has learned that material redacted in Defendant's Opposition to Plaintiff's Motion For Preliminary Injunction and Temporary Restraining Order can be accessed by sophisticated users of the Adobe software program. Accordingly, we request that the Court permit the immediate sealing of document (Document No. 18). We will then refile an identical document in which the redacted material has been protected from access.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRYANT G. SNEE
Deputy Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624
Attorneys for Defendant

April 24, 2007