**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

BID PROTEST

| | | |
|---|---|---|
| CIRCLE LINE – STATUE OF LIBERTY FERRY, INC. | ) | |
| Plaintiff, | ) | Case No. 07-237C |
| v. | ) | |
| | ) | Judge John P. Wiese |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION FOR THE PRO HAC VICE ADMISSION OF RAYMOND G. McGUIRE**

Pursuant to Rule 83.1(a), Robert R. Gasaway, an active member of the Court of Federal Claims Bar and counsel of record for Plaintiff Circle Line–Statute of Liberty Ferry, Inc., respectfully moves the Court for the admission *pro hac vice* of Raymond G. McGuire of the law firm of Kauff McClain & McGuire LLP, 950 Third Avenue, 14th Floor, New York, NY 10022, Telephone: (212) 644-1010 (the "Applicant"), a member in good standing of the state bar of New York.

As set forth in the Applicant's Declaration, a copy of which is attached hereto, the Applicant has declared under penalty of perjury that:

(1) He is a member in good standing of the bar of the highest court of the State of New York;

(2) He has not been suspended or disbarred from practice in any court and there are no disciplinary complaints pending against him for violation of the rules of the courts in New York or in any other jurisdiction;

(3) He does not practice or hold himself out to practice law before the United States Court of Federal Claims, except as may expressly be permitted by this Court; and

(4) He is associated with me as counsel for Plaintiff in the above captioned matter.

Respectfully Submitted,

s/ Robert R. Gasaway
__by s/ Edward H. Meyers_____
Robert R. Gasaway
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone No. (202) 879-5000
Facsimile No. (202) 879-5200
Attorney of Record for
Circle Line–Statute of Liberty Ferry, Inc.

Dated: April 24, 2007

**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

BID PROTEST

| | | |
|---|---|---|
| CIRCLE LINE – STATUE OF LIBERTY FERRY, INC. | ) | |
| Plaintiff, | ) | Case No. 07-237C |
| v. | ) | |
| | ) | Judge John P. Wiese |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING THE PRO HAC VICE ADMISSION OF RAYMOND G. McGUIRE**

The Court has before it the motion of Robert R. Gasaway, counsel of record for Plaintiff Circle Line–Statute of Liberty Ferry, Inc., for the admission *pro hac vice* of Raymond G. McGuire, a member in good standing of the bar of the highest court of the State of New York. The Court, having considered the motion and Declaration of Raymond G. McGuire attached thereto, hereby GRANTS the motion and it is ORDERED that Raymond G. McGuire is admitted *pro hac vice* to practice in this matter.

It is so ORDERED.

________________________
Judge John P. Wiese,
United States Court of Federal Claims

Entered this ___ day of April, 2007.