# DECLARATION OF EDWARD J. BOYLE

I, Edward J. Boyle, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before the highest court of the State of New York. My New York State Bar number is 1235167.

2. I have not been suspended or disbarred from practice in any court or jurisdiction. Further, there are no disciplinary complaints pending against me for violation of the rules of the courts of the State of New York or in any other jurisdiction.

3. I am not admitted to practice and do not hold myself out to practice law before the United States Court of Federal Claims.

4. I am associated with Robert R. Gasaway, attorney of record for Circle Line–Statute of Liberty Ferry, Inc., as counsel in Circle Line's protest of the National Park Service's solicitation for ferry concession service at the Statute of Liberty National Monument and Ellis Island.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 2, 2007.

By: Edward J. Boyle
Edward J. Boyle