# In the United States Court of Federal Claims

No. 07-237C
Filed: May 7, 2007

| | |
|---|---|
| CIRCLE LINE—STATUE OF LIBERTY FERRY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING EMERGENCY
MOTION TO SEAL DOCUMENT

Defendant's April 24, 2007, emergency motion to seal its April 23, 2007, opposition to plaintiff's motion for a preliminary injunction and temporary restraining order is GRANTED.

s/John P. Wiese
John P. Wiese
Judge