# In the United States Court of Federal Claims

No. 07-237C
Filed: May 7, 2007

| | |
|---|---|
| CIRCLE LINE—STATUE OF LIBERTY FERRY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION FOR LEAVE TO CORRECT
PLAINTIFF'S APRIL 24, 2007, REPLY BRIEF

---

Plaintiff's April 25, 2007, motion for leave to correct its April 24, 2007, reply brief is hereby GRANTED.

s/John P. Wiese
John P. Wiese
Judge