# In the United States Court of Federal Claims

No. 07-237C
Filed: May 7, 2007

| | |
|---|---|
| CIRCLE LINE—STATUE OF LIBERTY FERRY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION FOR PRO HAC VICE
ADMISSION OF RAYMOND G. McGUIRE

---

Plaintiff's April 24, 2007, motion for the admission *pro hac vice* of Raymond G. McGuire is hereby GRANTED.

s/John P. Wiese
John P. Wiese
Judge