# In the United States Court of Federal Claims

**No. 07-237 C**

**CIRCLE LINE - STATUE OF LIBERTY FERRY, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed May 14, 2007, denying plaintiff's motion for a preliminary injunction and temporary restraining order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**May 15, 2007** By: Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.