**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

BID PROTEST

| | | |
|---|---|---|
| CIRCLE LINE – STATUE OF LIBERTY FERRY, INC. | ) | |
| Plaintiff, | ) | Case No. 07-237C |
| v. | ) | |
| | ) | Judge John P. Wiese |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**CIRCLE LINE'S MOTION TO CORRECT AND UNSEAL**
**THE APRIL 26, 2007 HEARING TRANSCRIPT**

Plaintiff, Circle Line–Statute of Liberty Ferry, Inc., moves this Court to order Heritage Reporting to make corrections to the transcript of the April 26, 2007 hearing in the above captioned matter. The transcript contains a number of transcription errors that change the meaning of statements made by the attorneys and the Court (*e.g.* "at least the $2,000 in the claims" on page 63 should read "at least the $2 million in the claims"). Attached to this motion as Exhibit A is an Errata Sheet listing errors that Circle Line respectfully moves this Court to order Heritage Reporting to correct. The United States has no objection to the correction of these transcription errors.

In addition, Circle Line respectfully moves that the portions of the April 26 transcript that are under seal be unsealed. Circle Line has consulted with counsel for the United States, the party that had requested the closing of the Court's April 26 hearing. The United States has no objection to this request that the transcript be unsealed.

Accordingly, Circle Line respectfully requests that certain transcription errors in the April 26 transcript be corrected and that the transcript be unsealed in its entirety.

Respectfully submitted,

s/ Robert R. Gasaway
by s/ Edward H. Meyers

Robert R. Gasaway
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorney for plaintiff*
*Circle Line–Statue of Liberty Ferry, Inc.*

OF COUNSEL:

Raymond G. McGuire
KAUFF MCCLAIN & MCGUIRE LLP
950 Third Avenue, 14th Floor
New York, N.Y. 10022
Telephone: (212) 644-1010
Facsimile: (212) 644-1936

OF COUNSEL:

Edward J. Boyle
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, N.Y. 10017
Telephone: (212) 490-3000
Facsimile: (212) 490-3038

OF COUNSEL:

Robert R. Ryland
Jeffrey B. Clark
Ashley C. Parrish
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Circle Line–Statue of Liberty Ferry, Inc.*

DATED: May 29, 2007