# ERRATA

Open Session Transcript:

| **As is** | **Should be** |
|---|---|
| P6, L12…. we're here today *working* both… | …we're here today *requestin*g both |
| P7, L20…. of those *case*, both of | …of those *cases*, both of |
| P9, L16…. the bid procurement *correctly*. | …the bid procurement *correct*. |
| P10, L24…. under the *couldn't* contract. | …under the *curren*t contract. |
| P12, L19…. respect to a *write*-of | …respect to a *right*-of |
| P16, L17…. first of all, *the* testifies | …first of all, *he* testifies |
| P19, L1…. two parties to a contract*?* | …two parties to a contract |
| P20, L2…. out there *harmed* Circle Line | …out there *harms* Circle Line |
| P62, L5…. the name Mr. *Cable* - - | …the name Mr. *Cables* - - |
| P63, L3…. at least the *$2,000* in the claims | …at least the *$2 million* in the claims |
| P65, L11…. for the *package* of the National Park | …for the *passage* of the National Park |
| P65, L15…. ripe for the *package* of the | …ripe for the *passage* of the |
| P74, L6…. and then the *Hawaii* case | …and then the *Hawaii* case |
| P57, L13…. Mr. Patton *sign* the contract. | …Mr. Patton *signed* the contract. |
| P78, L15…. have an adequate *memory of* | ….have an adequate *remedy at* |

Closed Session Transcript:

| **As is** | **Should be** |
|---|---|
| P57, L13…. Mr. Patton *sign* the contract. | …Mr. Patton *signed* the contract. |