# In the United States Court of Federal Claims

No. 07-237C
Filed: June 4, 2007

| | |
|---|---|
| CIRCLE LINE—STATUE OF LIBERTY FERRY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION TO CORRECT AND UNSEAL THE APRIL 26, 2007, HEARING TRANSCRIPT

---

Plaintiff's May 29, 2007, motion to correct and unseal the April 26, 2007, hearing transcript is GRANTED. The Clerk is directed to (i) unseal the transcript and (ii) provide to Heritage Reporting Corporation both a copy of this order and a copy of plaintiff's motion listing the corrections to the transcript.

s/John P. Wiese
John P. Wiese
Judge