**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

BID PROTEST

| | | |
|---|---|---|
| CIRCLE LINE – STATUE OF LIBERTY FERRY, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 07-237C<br><br>Judge John P. Wiese |

**PLAINTIFF'S MOTION FOR LEAVE TO CORRECT ITS REPLY BRIEF IN SUPPORT OF CIRCLE LINE'S MOTION FOR CLARIFICATION OF THE COURT'S MAY 14, 2007 OPINION**

Plaintiff, Circle Line - Statute of Liberty Ferry, Inc., hereby moves for leave to file a corrected Reply to the Government's Opposition to Circle Line's Motion for Clarification of the Court's May 14, 2007 Opinion, originally filed June 19, 2007. Circle Line does not seek to substantively change its Reply brief, only to correct the second sentence on the third page. The sentence currently reads: "It appears that, although the Government concedes that Circle Line may pursue contract damages, it should be barred for all time from seeking injunctive relief." Circle Line seeks leave to correct the sentence to read "It appears that, although the Government concedes that Circle Line may pursue contract damages, it <u>now takes the position that Circle Line</u> should be barred for all time from seeking injunctive relief."

The proposed corrected Reply brief is attached to this motion as Exhibit A.

Respectfully submitted,

s/ Robert R. Gasaway
by s/ Edward H. Meyers

Robert R. Gasaway
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorney for plaintiff*
*Circle Line–Statue of Liberty Ferry, Inc.*

June 20, 2007

**ADDITIONAL COUNSEL:**

OF COUNSEL:

Raymond G. McGuire
KAUFF MCCLAIN & MCGUIRE LLP
950 Third Avenue, 14th Floor
New York, N.Y. 10022
Telephone: (212) 644-1010
Facsimile: (212) 644-1936

OF COUNSEL:

Edward J. Boyle
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, N.Y. 10017
Telephone: (212) 490-3000
Facsimile: (212) 490-3038

OF COUNSEL:

Robert R. Ryland
Jeffrey B. Clark
Ashley C. Parrish
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Circle Line–Statue of Liberty Ferry, Inc.*

June 20, 2007