# In the United States Court of Federal Claims

No. 07-237C
Filed: June 20, 2007

CIRCLE LINE—STATUE OF LIBERTY FERRY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

GRANTING MOTION TO CORRECT REPLY BRIEF

Plaintiff's motion to correct its reply brief in support of its motion for clarification of the court's May 14, 2007, opinion is GRANTED. Plaintiff's corrected reply brief, attached hereto, shall be FILED THIS DAY.

s/John P. Wiese
John P. Wiese
Judge