# EXHIBIT A

National Park Service
U.S. Department of the Interior

ORAL HISTORY

# George B. Hartzog, Jr.



United States Department of the Interior

NATIONAL PARK SERVICE
1849 C Street, N.W.
Washington, D.C. 20240

Office of the Director

December 8, 2006

"If you can imagine it, you can achieve it," the saying goes, and certainly George Hartzog's achievements mark him as one of the most imaginative of National Park Service directors. He is a gentleman from the old school – and a man with character that is truly larger than life.

A strong leader, gifted administrator and astute politician, Hartzog has come to symbolize a golden era for the Park Service – and for the nation. With over 70 units added to the system during his tenure, his encompassing vision of national parks included the establishment of urban parks, recreation areas and cultural sites beyond the traditional natural parks that spurred the early growth of the system. His vision reflected the hopes and dreams of America, and his actions in personnel practices mirrored the initiatives of the "Great Society."

As the 17th Director, I stand in awe of those who have gone before me -- especially George Hartzog. My hope for those who read this is not to place Hartzog on a pedestal, for history has already done that. Rather, it is to learn the lessons of what he did and apply it to our own lives. To conclude the quote above, "If you can dream it, you can become it."

Mary A. Bomar

Mary A. Bomar
Director